IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ALDER HOLDINGS, LLC                                                    PLAINTIFF

v.                                              CIVIL ACTION NO. 1:24-cv-0181-SA-RP

THE ALARM COMPANY, LLC d/b/a
ALARM SERVICES GROUP, LLC, et al                            DEFENDANTS

ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on September 26, 2024. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge in the Northern District of Mississippi.

This, the 2nd day of October, 2024.

  /s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE