**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**ALDER HOLDINGS, LLC**                                                                    **PLAINTIFF**

**VS.**                                                             **CIVIL ACTION NO. 1:24-cv-00181-GHD-RP**

**THE ALARM COMPANY, LLC**
**dba ALARM SERVICES GROUP, LLC;**
**THOMAS BRADY; and JOHN DOE**
**DEFENDANTS 1-30**                                                                 **DEFENDANTS**

**VS.**

**ALDER HOLDINGS, LLC; ADAM SCHANZ**
**and JOHN DOE DEFENDANTS 1-10**                              **COUNTER-DEFENDANTS**

---

**JOINT MOTION TO AMEND CASE MANAGEMENT ORDER AND**
**ORDER RESETTING SCHEDULING DEADLINES**

---

For the reasons discussed more fully herein, the parties respectfully request that the Court amend the Case Management Order and Order Resetting Scheduling Deadlines (Dkt. Nos. 41 & 62) to extend the deadlines for expert designations, discovery, and the filing of dispositive and *Daubert* motions.

1. Alder Holdings, LLC ("Alder") and The Alarm Company, LLC d/b/a Alarm Services Group, LLC ("ASG") are in the business of selling, installing, and servicing, among other things, electronic security, network video recorder systems, alarm, and home automation services. Alder and ASG compete for business in this industry in Mississippi and other states. Defendant, Thomas Brady ("Brady"), is an owner of ASG. Counter-Defendant, Adam Schanz ("Schanz"), is the CEO of Alder.

2. Alder has asserted multiple causes of action against ASG and Brady stemming from alleged unfair and/or illegal sales tactics in Mississippi. Dkt. No. 34. ASG has filed a counterclaim

asserting multiple causes of action against Alder and Schanz stemming from alleged unfair and/or illegal sales tactics in Mississippi, slander, and/or abuse of process. Dkt. No. 35.

3. On August 5, 2025, the Court entered its initial Case Management Order ("CMO"), and on December 29, 2025 the Court filed an Order Granting Joint Motion to Continue Trial to March 15, 2027.

4. The parties in this case have been engaged in settlement negotiations and elected to hold off on conducting what will be complex discovery in this fact-intensive case.

5. Further, in light of the settlement discussions, the parties have held off retention of multiple experts in an effort to avoid incurring unnecessary costs. At this time, however, negotiations have reached an impasse, and the parties must forward with discovery.

6. Accordingly, the parties request that the Court amend the Case Management Order and Order Resetting Scheduling Deadlines to provide sufficient time for expert designations, discovery, and motion practice. Specifically, the parties respectfully request the following amended deadlines:

Plaintiff's and Counter-Claimants' Expert Designation: September 4, 2026;

Defendants' and Counter-Defendants' Expert Designation: October 5, 2026;

Discovery: November 4, 2026; and

Dispositive and Daubert-type Motions: December 4, 2026.

7. At this time, these new deadlines will not delay the trial date of March 15, 2027.

8. The parties would also request a Court ordered settlement conference to be included in the amended Case Management Order.

9. For good cause shown, the parties pray the Court find their Motion well-taken and that it be granted.

**RESPECTFULLY SUBMITTED,** this the 16th day of June, 2026.

**THE ALARM COMPANY, LLC d/b/a ALARM SERVICES GROUP, LLC and THOMAS BRADY**

By:  /s/ *Phillip M. LeMere*
DORIS T. BOBADILLA (#99869)
PHILLIP M. LEMERE (#106312)
**GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, A PLC**
2510 14th Street, Suite 1010
Gulfport, MS 39501
Telephone: 228-214-4250
Facsimile: 228-214-9650
Email: dbobadilla@gallowaylawfirm.com
Email: plemere@gallowaylawfirm.com
*Attorneys for The Alarm Company, LLC d/b/a Alarm Services Group, LLC and Thomas Brady*

and

DAN W. WEBB
**WEBB SANDERS & WILLIAMS, PLLC**
P.O. Box 496
Tupelo, MS 38802-0496
Telephone: 662-844-2137
Email: dwebb@webbsanders.com
*Attorney for The Alarm Company, LLC d/b/a Alarm Services Group, LLC and Thomas Brady*

and

TAYLOR H. WEBB
**TOLLISON & WEBB, P.A.**
103 N. Lamar Blvd., Ste 201
Oxford, MS 38655
Telephone: 662-234-7070
Fax: 662-234-7095
Email: taylor@tollisonlaw.com
*Attorney for The Alarm Company, LLC d/b/a Alarm Services Group, LLC and Thomas Brady*

3

and

**ALDER HOLDINGS, LLC AND ADAM SCHANZ**

By:   */s/ Scott F. Singley*
     SCOTT F. SINGLEY (#100134)
     **BRUNINI GRANTHAM GROWER &**
      **HEWES, PLLC**
     P.O. Box 7520
     Columbus, MS 39705
     Telephone:  662-329-8360
     Email: ssingley@brunini.com
     *Attorney for Alder Holdings, LLC and Adam Schanz*

4

**<u>CERTIFICATE OF SERVICE</u>**

I, Phillip M. LeMere, one of the attorneys for Defendants, The Alarm Company, LLC d/b/a Alarm Services Group, LLC and Thomas Brady, do hereby certify that I have this date served the above and foregoing upon all counsel of record and interested persons using the Court's ECF filing system.

So certified, this 16th day of June, 2026.

/s/ Phillip M. LeMere
Phillip M. LeMere (#106312)