**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**ALDER HOLDINGS, LLC** **PLAINTIFF**

**vs.** **CIVIL ACTION NO. 1:24cv181-GHD-RP**

**THE ALARM COMPANY LLC, et al.** **DEFENDANTS**

**vs.**

**ALDER HOLDINGS, LLC, et al.** **COUNTER-DEFENDANTS**

**ORDER**

The parties jointly seek an extension of the CMO deadlines. ECF 64. The undersigned has reviewed the docket and concludes that an extension may be granted. As such, the deadlines are reset as follows:

Plaintiff's and Counter-Claimants' expert designation: September 4, 2026;

Defendants' and Counter-Defendants' expert designation: October 5, 2026;

Discovery: November 2, 2026;

Dispositive and *Daubert*-type motions: November 23, 2026.

SO ORDERED, this, the 17th day of June, 2026.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE